JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTON A. MINER,<br>　　　　Plaintiff,<br>　vs.<br>J.P. MORGAN CHASE BANK, N.A.,<br>and BANK OF AMERICA, N.A.,<br>　　　　Defendants.<br>_____ | Case No.:  CV 12–3738 DSF (CWx)<br><br>JUDGMENT |

　　　The Court, the Honorable Dale S. Fischer, District Judge, Presiding, having ordered that the complaint be dismissed by consent of Plaintiff as evidenced by lack of opposition to a motion to dismiss, and Plaintiff having failed to further prosecute this action,

　　　IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 11/7/2013

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Dale S. Fischer
　　　　　　　　　　　　　　　　　　United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

1